```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RICARDA CAZARES, individually and on                              :
behalf of others similarly situated,                              :
                                                                  :
                        Plaintiff,                                :
                                                                  :
              -v-                                                 :
                                                                  :
PARK'S NY CLEANERS, INC., NEW YORK                                :
CLEANERS, INC., jointly d/b/a NEW YORK                            :
CLEANERS, SEUNG KWON PARK, BOB                                    :
PARK, JOSE LARA, RAJNIKANT S. PATEL,                              :
jointly and severally,                                            :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 19, 2016
```

15-cv-5782 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On January 19, 2016, the parties informed the Court that they reached a settlement in principle. (ECF No. 23.) In light of that representation, it is hereby ORDERED that:

1. The parties shall, not later than **Friday, February 19, 2016**, submit any materials in support of the fairness their settlement, including at least:

    a. An executed copy of the proposed settlement; and

    b. A breakdown of what portion of that settlement will go toward attorney's fees and the basis for those fees.

2. All other dates and deadlines, including the telephonic status conference previously scheduled for January 29, 2016, are adjourned.

SO ORDERED.

Dated:     New York, New York
           January 19, 2016

_____
KATHERINE B. FORREST
United States District Judge